E. DILLINGHAM, INC. *v.* UNITED STATES

No. 4381.—Invoice dated Montreal, Canada, April 4, 1936.
Certified April 6, 1936.

Entered at Ogdensburg, N. Y., April 6, 1936.
Entry Nos. 339, 340, 342.

(Decided on remand [Reap. Dec. 4329] September 1, 1938)

KINCHELOE, Judge: This case having come on for hearing before me, and a decision having been rendered in favor of the plaintiff (Reap. Dec. 4181), which decision was thereafter appealed to the Third Division of this court by the defendant, and the Third Division having transmitted to me its mandate (Reap. Dec. 4329) with directions to dismiss the plaintiff's appeal to reappraisement,

Now, therefore, in conformity with the said mandate of the Third Division of this court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the appeal to reappraisement in this case be, and the same is hereby, dismissed.

AUGUST 24, 1938

No. 4382.——*United States* v. *Stone & Downer Corp.* Exporter, Meccano, Ltd. Entered at Boston, Mass. Published Reap. Dec. 4352 and 4374. Motion by appellant.

SEPTEMBER 1, 1938

No. 4383.——*Arthur J. Fritz & Co. (C. S. Anderson)* v. *United States.* Exporter, S. A. Mariano Dallape & Figlio. Entered at San Francisco, Calif. Published Reap. Dec. 4364. Motion by plaintiff.